**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**v.**                                          **Case No. 4:12-CR-00162-KGB**

**JOHN MICHAEL GLOVER**                                                          **DEFENDANT**

## ORDER

Before the Court is John Michael Glover's motion for early termination of supervised release (Dkt. Nos. 22, 23).  The United States of America opposes Dr. Glover's request (Dkt. No. 24).  For the reasons that follow, the Court denies Dr. Glover's motion (Dkt. No. 22).

Early termination of probation is governed by 18 U.S.C. § 3564(c).  The Court may, after considering the factors set forth in 18 U.S.C. § 3553(a), terminate a term of probation "if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." *See* 18 U.S.C. § 3564(c).  Dr. Glover claims that he has complied with the terms of his probation and paid in full all of his fines and special assessments.  Dr. Glover has presented nothing in his motion to show that circumstances have changed since his sentencing or to show that completion of his term of probation will present some unusual hardship.  This Court determines that Dr. Glover has presented nothing to justify a sentence lower than that determined by the Court at sentencing to be sufficient but not greater than necessary to comply with the purposes set forth in 18 U.S.C. § 3553(a)(2).  Mere compliance with the terms of probation does not justify early termination because compliance is expected.  Without more, early termination cannot be justified. *United States v. Caruso*, 241 F. Supp. 2d 466, 469 (D.N.J. 2003).

IT IS SO ORDERED this the 29th day of July, 2014.

Kristine G. Baker
United States District Judge